# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## CASE NO.  3:20-CV-247-FDW-DCK

| | | |
|---|---|---|
| NYCHARZEKE HINTON-ACKER, and RODDRICK ACKER, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | **ORDER** |
| STATES MORTGAGE COMPANY, INC., and BRENNA OLBERDING, | ) ) ) ) | |
| Defendants. | ) ) | |

      **THIS MATTER IS BEFORE THE COURT** on "Plaintiffs' Motion For Status Conference" (Document No. 18) filed March 26, 2021.  This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate.  Having carefully considered the motion and the record, and in consultation with Judge Whitney's chambers, the undersigned will deny the motion.

      By the instant motion, Plaintiffs request "a status conference for the purpose of discussing extending the case deadlines." (Document No. 18, p. 1).  The undersigned observes that discovery was due to be completed by March 12, 2021;  mediation was to be completed by March 26, 2021; and dispositive motions are due by April 9, 2021.  Neither party has filed a motion for extension of time, and according to Plaintiffs, discovery is still outstanding and there has been no mediation. (Document No. 19).

      The undersigned will respectfully decline to hold a status conference at this time.  Instead, the Court will allow a brief extension of some deadlines and require counsel to immediately confer

and get this case back on track.  Counsel and/or the parties' continuing failure to abide by this Court's Rules and Orders may lead to sanctions against either party and/or their counsel.

**IT IS, THEREFORE, ORDERED** that "Plaintiffs' Motion For Status Conference" (Document No. 18) is **DENIED**.

**IT IS FURTHER ORDERED** that case deadlines are revised as follows:  discovery completion – **April 12, 2021**;  mediation report – **April 20, 2021**;  dispositive motions – **April 23, 2021**.

**IT IS FURTHER ORDERED** that counsel for the parties shall confer and then file a Joint Report on or before **April 2, 2021**, that identifies their mediator and the mediation date.

**SO ORDERED**.

Signed: March 29, 2021

David C. Keesler
United States Magistrate Judge

2