UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:20-cv-00247-FDW-DCK

| | |
|---|---|
| RODDRICK ACKER and NYCHARZEKE HINTON-ACKER, | ) ) ) |
| Plaintiff, | ) ) ) |
| vs. | ) ORDER ) |
| STATES MORTGAGE COMPANY, INC. and BRENNA OLBERDING, | ) ) ) ) |
| Defendants. | ) ) |

THIS MATTER is before the Court following the parties' filing of Status Reports (Docs. Nos. 22, 26, 27), following the issuance of an Order by Judge Keesler directing counsel to, among other things, "confer and then file a Joint Report on or before April 2, 2021, that identifies their mediator and the mediation date." (Doc. No. 21.) Despite being ordered to submit a joint report, the parties filed separate reports, although it appears the parties have agreed for Steve Dunn to conduct mediation on April 13, 2021.

Notably, Defendants' status report also includes a renewed request for a status conference and an extension of case management order deadlines. (Doc. No. 26.) Based on the current record before the Court, the Court finds an insufficient basis to hold a status conference or extend any current deadlines, which have already been extended in this matter (Doc. No. 21).

Accordingly, the Court DENIES defense counsel's request for a status conference and for an extension of case management order deadlines.

IT IS SO ORDERED.

Signed: April 6, 2021

Frank D. Whitney
United States District Judge